

COMMISSIONERS
Jimmy Dimora
Peter Lawson Jones
Timothy F. Hagan

Exhibit 1 A

## Children and Family Services

3955 Euclid Avenue, Cleveland, Ohio 44115     (216) 431-4500     [24-Hour KIDS Hotline: 696-5437]

Date: 02/22/2004

Name: Moses Walker
Address: 2260n Noble Rd #
Cleveland, OH 44121-1433

Dear Moses Walker:

Cuyahoga County Department of Children and Family Services received a complaint on 10/18/2004 alleging that you abused a child by sexually fondling their vaginal area under their clothing.

Section 2151.421 of the Ohio Revised Code requires the agency to investigate all complaints of child abuse and neglect. We are required to share our findings with the local police department and the State of Ohio Central Registry for Child Abuse and Neglect. We may find that the allegations are **unsubstantiated** (no evidence), **indicated** (circumstantial or other isolated indicators of child abuse or neglect), or **substantiated** (confirmed evidence). The investigation was completed on 11/05/2004. Our investigation determined that the allegation of sexual abuse was indicated.

If you do not agree, you have the right to appeal the disposition through the Cuyahoga County Department of Children and Family Services' Grievance Procedure. **If you would like to utilize this grievance procedure and appeal the determination stated on this form, you must send a written request to:**

> Customer Service Unit
> Cuyahoga County Department of Children and Family Services
> 3955 Euclid Avenue, 112W
> Cleveland, OH 44115

**This written notice of appeal must be received within ten (10) days from the date of the postmark. The request for an appeal must be in writing.** If someone else makes a written hearing request for you, it must include a written statement, signed by you, telling us that person is your representative.

The Customer Service Unit will provide and communicate this Grievance Policy to all individuals including those with hearing or visual impairment, or those that speak a language other than English through its resources: including, but not limited to, translators, sign-language interpreters, and other service providers. If you need any assistance or accommodations for any disability, please contact the Customer Service Unit at the address provided and/or (216) 432-CARES (2273).

Sincerely,

_____
Social Worker: Christopher Walter
Telephone: 216-881-3057

_____
Supervisor: Erika Jenkins
Telephone: 216-881-3557

Susan Preuss

cc: family case record



34883475

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
   Plaintiff

MOSES WALKER
   Defendant

Case No: CR-05-462711-A

Judge: TIMOTHY MCCORMICK

INDICT: 2905.01 KIDNAPPING /SMS
2907.05 GROSS SEXUAL IMPOSITION
2907.05 GROSS SEXUAL IMPOSITION

## JOURNAL ENTRY

DEFENDANT IN COURT WITH PUBLIC DEFENDER MARY CAY TYLEE. PROSECUTING ATTORNEY EDWARD CORRIGAN PRESENT.
COURT REPORTER PRESENT.
JURY CHARGED AND DELIBERATING.
THE JURY RETURNS A VERDICT OF NOT GUILTY OF GROSS SEXUAL IMPOSITION / 2907.05 - AS CHARGED IN COUNT(S) 2 OF THE INDICTMENT.
RULE 29 GRANTED AS TO COUNT(S) 1, 3.
DEFENDANT ORDERED RELEASED.

07/26/2005
CPDXM 07/26/2005 14:12:37

Judge Signature     Date 7/26/05

THE STATE OF OHIO, Cuyahoga County, SS. I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL CRIMINAL JOURNAL ENTRY CR-462711 NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS 21ST DAY OF NOV. A.D. 20 05
GERALD E. FUERST, Clerk
By _____ Deputy

2005 JUL 26 P 2:31

Exhibit A

PVER
07/26/2005
SHERIFF'S SIGNATURE _____ 07-26-05

Page 1 of 1

Moses Walker
2260 Noble Road, Apt 3
Cleveland, OH 44121
(216) 297-031

July 31, 2007

Jimmy Dimora, County Commissioner
Administration Building
1219 Ontario Street
Cleveland, Ohio

Dear Commissioner:

It is my wish that this letter find you in the best of health and spirit. My reason for writing this letter is to inform you of a potential lawsuit.

The point is, I was found not guilty for alleged crimes 2905.1, 2907.5 of the Ohio Revised Code. I was told that irregardless of any Common Pleas Court decision, I must go through an appeal process with Children and Family Services. I, indeed, complied with the Hearing that the senior supervisor proposed. I brought forward all relevant documentation. The Journal Entry clearly cleared me of all charges defined by Ohio Revised Code and was ordered released.

After going through several Hearings with Children and Family Services, it was determined by Senior Supervisor, Vikki Csornok, Customer Service Representatives Christopher Walter, Erika Gaiter, Latasha Brown, and Susan Preuss that the disposition is to remain unchanged. Furthermore, the Department of Children and Family Services employees previously mentioned used the Ohio Revised Code for their own malicious and deceitful agendas. Alleged Defendants should have known that failure to exercise due care in performance of their duties would cause Plaintiff severe emotional distress. As a result of their actions the Plaintiff suffered severe humiliation, mental anguish, emotional and physical distress.

As Commissioners of this great state my wishes are to resolve this matter in an orderly fashion without going into Civil Court. Attached is the final Letter of the Disposition by Vikki Csornok, Senior Supervisor for Children and Family Services.

Correct me if I am wrong, but is it not true, that there is only one Ohio Revised Code, which is binding and cannot be manipulated for one's own personal satisfaction. Children and Family Services have clearly reached in the bottomless pit of malice, hatred and deceit to cast a cloud over my wellbeing.

You can contact me at (216) 297-031 or 2260 Noble Road, apt. #3, Cleveland, Ohio 44121.

Sincerely,


Moses Walker

Cc:   Timothy F. Hagan
      Peter Lawson Jones



COMMISSIONERS
Jimmy Dimora
Timothy F. Hagan
Peter Lawson Jones

*216 696 8076*

*RSherman*

*Rod Sharm*

## Children and Family Services

3955 Euclid Avenue, Cleveland, Ohio 44115     (216) 431-500     24-Hour KIDS Hotline: 696-KIDS

01-05-07

Mr. Moses Walker
2260 Nobel Road
Cleveland Heights, Ohio 44121

Dear Mr. Walker,

    After completing a review of the case record and factoring in the information provided at the Administrative Appeal held on 12-08-06, it has been determined that the disposition of sexual abuse indicated will remain unchanged. As required by Ohio Revised Code, the agency has shared this finding with the local police department and the State of Ohio Central Registry for Child Abuse and Neglect.

    If you have any further questions regarding this finding, please contact the Customer Service Unit at (216) 432-2273.

Sincerely,

*Vikki L. Csornok*

Vikki Csornok
Senior Supervisor CCDCFS

cc: Christopher Walter, Erika Gaiter, Latasha Brown, Susan Preuss (Customer Services)



COMMISSIONERS
Jimmy Dimora
Timothy F. Hagan
Peter Lawson Jones

August 8, 2007

Mr. Moses Walker
2260 Noble Road
Cleveland Heights, Ohio 44121

Dear Mr. Walker,

This is in response to your request for further review of your appeal of an "indicated" finding of sex abuse dated December 8, 2006.

A thorough review of the investigation and case record, consultation with appropriate staff, in addition to the documents and information which you provided has resulted in a change of the disposition of "indicated," to a finding that the complaint dated October 18, 2004 alleging sex abuse of a minor is "unsubstantiated."

Section 2151.421 of the Ohio Revised Code requires the agency to investigate all complaints of child abuse and neglect. We are required to share our findings with the local police department and the State of Ohio Central Registry for Child Abuse and Neglect.

If you have any further questions, please contact Susan Preuss in the Customer Service office at 216-432-2273.

Sincerely,

James McCafferty, MSSA
Director

Cc: Case file, Customer Service, Vikki Csornok

Cuyahoga County Department of Children and Family Services
3955 Euclid Avenue, Cleveland, Ohio 44115
(216) 431-4500   24-Hour Children's Hotline 696-KIDS (5437)
Ohio Relay Service (TTY) 711


47025111

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| THE STATE OF OHIO<br>Plaintiff<br><br>MOSES WALKER<br>Defendant | Case No: CR-05-462711-A<br><br>Judge: TIMOTHY MCCORMICK<br><br>INDICT: 2905.01 KIDNAPPING /SMS<br>2907.05 GROSS SEXUAL IMPOSITION<br>2907.05 GROSS SEXUAL IMPOSITION |

2007 AUG 17 P 12: 22

## JOURNAL ENTRY

DEFENDANT'S APPLICATION FOR SEALING THE ARREST RECORD PURSUANT TO R.C. 2953.52(A)(1) IS DENIED.
CLERK ORDERED TO SEND A COPY OF THIS ORDER TO:
DEFENDANT, MOSES WALKER; 2260 NOBLE ROAD
CLEVELAND, OHIO 44121

08/15/2007
CPEFF 08/15/2007 15:10:45

_____
Judge Signature        Date

M Walker
M 8-17-07

HEAR
08/15/2007

Page 1 of 1