UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MOSES WALKER, | ) | CASE NO. 1:07 CV 3239 |
| Plaintiff, | ) ) | |
| | ) | JUDGE KATHLEEN M. O'MALLEY |
| v. | ) ) | |
| JIMMY DIMORA, et al., | ) | JUDGMENT ENTRY |
| Defendants. | ) ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e), without prejudice to any claims the plaintiff may assert under state law. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

s/ Kathleen M. O'Malley
KATHLEEN M. O'MALLEY
UNITED STATES DISTRICT JUDGE

DATED: January 14, 2008